TIMOTHY COURCHAINE
United States Attorney
District of Arizona
JOSEPH G. RIEU
Special Assistant U.S. Attorney
United States Courthouse
405 W. Congress Street, Suite 4800
Tucson, Arizona 85701
Telephone: 520-620-7300
Attorneys for Plaintiff

CR-25-01913-TUC-MSA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| United States of America, | 25-01904MJ-1 CR |
|---|---|
| Plaintiff, | **INFORMATION** |
| vs. | Violations: |
| Misael Gomez Mateo-Anselmo, | 8 U.S.C. § 1326(a) (Reentry of Removed Alien) |
| Defendant. | Count 1 |
| | 8 U.S.C. § 1325(a) (Improper Entry by Alien) (Petty Misdemeanor) Count 2 |

THE UNITED STATES ATTORNEY CHARGES:

**COUNT 1**

On or about April 8, 2025, in the District of Arizona, to wit: at or near Sasabe, Arizona, Misael Gomez Mateo-Anselmo, an alien, attempted to enter and was found in the United States of America after having been denied admission, excluded, deported, and removed therefrom at or near Tucson, Arizona, on or about December 11, 2024, and not having obtained the express consent of the Attorney General or the Secretary of the Department of Homeland Security to reapply for admission thereto; in violation of Title 8, United States Code, Section 1326(a).

///

## COUNT 2

On or about March 28, 2025, at or near Sasabe, in the District of Arizona, Misael Gomez Mateo-Anselmo, an alien, attempted to enter the United States of America from the Republic of Mexico, at a time and place other than as designated by Immigration Officers of the United States of America; in violation of Title 8, United States Code, Section 1325(a)(1).

April 9, 2025

TIMOTHY COURCHAINE
United States Attorney
District of Arizona

JOSEPH G. RIEU
Special Assistant U.S. Attorney